

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Felisha Diane Williams, Appellant | Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 18,229). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |
| No. 06-20-00039-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Williams pled "guilty" to the indictment and "true" to the State's punishment enhancement allegation. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Felisha Diane Williams, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH  16, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk